# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0274

_____

MICHAEL A. BOYINGTON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

February 13, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael A. Boyington, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.